**DEPARTMENT OF THE NAVY**
U.S. NAVAL AIR STATION, SIGONELLA, ITALY
PSC 812 BOX 1000
FPO AE 09627-1000

1752
Ser N00/ 927
JUN 27 2006

Mrs. Sophia V. Torok
Via Tardaria 50
Pedara, Sicily, Italy

Subj: BARMENT FROM U.S. NAVAL AIR STATION SIGONELLA

It has come to my attention that your sponsor, Marvin Green, GS-12, has officially transferred from Sigonella. It is also my understanding that you still hold a contract employee position with the Navy Exchange (NEX) and that you and your son, Sheldon Green, failed to accompany your sponsor to his new duty station in Naples, Italy.

Pursuant to Italian Immigration laws, the North Atlantic Treaty Organization Status of Forces Agreement (NATO SOFA) and local instructions, command sponsorship for all approved family members terminates upon the transfer of the sponsor. Therefore, you are not entitled to remain in the local area.

Due to this fact, you and your son are hereby barred from entering NAS I, NAS II and all government leased housing areas for any reason. Effective 30 June 2006, all the privileges of a U.S. identification card holder/guest on base will be revoked. This includes the use of all NEX, MWR and Commissary facilities, bus transportation and any other base sponsored programs.

If you dispute this barment, you may submit a written rebuttal within five days of receipt of this letter. If you have any questions, contact the Staff Judge Advocate at DSN 624-5816.

J. STUYVESANT

Copy to:
Security Officer
NCIS Director
NEX General Manager
Commissary Officer
Air Terminal Officer
MWR Officer

```
DoDDS
CO, Hospital/Dental
OIC, PSD
```