Sophia Torok  
PSC 812 Unit 2630  
FPO AE 09627

June 29, 2006

Dear Captain Stuyvesant,

I urge you to reconsider the debarment of Sheldon Green and myself from Air Station, Sigonella. I base this request on two separate grounds.

1. The validity of my sponsor status is a matter pending review by U.S. District Court for the District of Columbia in "Marvin Green vs. DODDS-E [06-1009-RBW]."

2. Your actions in constructively terminating my employment, follows closely subsequent to my notification to Congressman Waxman of your failure to follow due process.

Sincerely,

*Sophia Torok*  
Sophia Torok