# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| <u>Marvin Green & Family</u>,            )<br>    Plaintiffs            )<br>Marvin E. Green            )<br>PSC 808 BOX 15            )<br>FPO AE 09618-0015            )<br>marvin.green@eu.dodea.edu            )<br>+39-335-773-9719            )<br>            )<br>    v.            )<br>            )<br><u>United States</u>,            )<br>    Defendants            )<br>            )<br>LCDR Kerry Abramson            )<br>Staff Judge Advocate            )<br>PSC 812, Box 1000            )<br>FPO AE 09627-1000            )<br>abramsok@nassig.sicily.navy.mil            )<br>011-39(095)86-5816<br>Fax: 011-39(095)86-5209 | Civil Action No. <u>06-1141 RBW</u> |

IT IS HEREBY ORDERED that Barment Order, No. 927, dated June 27, 2006, concerning the barment of Sophia Torok and son, be lifted.

_____     _____

United State District Judge                                        Date