AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

DoD Dependents Schools - Europe
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

CASE NUMBER: 06-1009RBW

TO: (Name and address of Defendant)

DoD Dependents Schools - Europe
Maxwell Selz
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se In Forma Pauperis

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 27, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| U.S. Postal Service / Marvin Green | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): U.S. Postal Service - Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 27, 2006

Signature of Server

Address of Server: PSC 808 Box 15 FPO AE 09618

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .87 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.27 |

Postmark Here — FPO AE JUL 27 2006

Sent To: Dodds-E - Maxwell Selz
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7003 0100 0003 8430 6097

(1) As to who may serve a summons see...