AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

DoD Dependents Schools - Europe
Maxwell Selz, Attorney for
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

CASE NUMBER   1:06CV01009

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: 5/30/2006

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
501 Third Street, NW,
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  *Pro Se* (name and address)

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se In Forma Pauperis

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON               MAY 3 0 2006
CLERK                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 27, 2006 |
| NAME OF SERVER *(PRINT)*  U.S. Postal Service / Marvin Green | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Postal Service - Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 27, 2006
          Date            Signature of Server

Address of Server:  PSC 808 Box 15 FPO AE 09618

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.11 |
|---|---|
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) |  |
| Restricted Delivery Fee (Endorsement Required) |  |
| Total Postage & Fees | $ 3.51 |

Sent To  U.S. Attorney for District of Columbia
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4