**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARVIN E. GREEN )<br>PSC 808 Box 15 )<br>FPO AE 09618 )<br> )<br>　　　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>DOD DEPENDENTS SCHOOLS-EUROPE)<br>MAXWELL SELZ )<br>Unit 29469, Box 7000 )<br>APO AE 09096 )<br> )<br>　　　　　Defendant. )<br> )<br> ) | Civil Action No. 06-1009(RBW) |

## NOTICE OF APPEARANCE

　　　The Clerk of the Court will please enter the appearance of John F. Henault, Assistant U.S.

Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　JOHN F. HENAULT, D.C. Bar # 472590
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　(202) 307-1249

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class mail; postage

prepaid to:

MARVIN E. GREEN
PSC 808 Box 15
FPO AE 09618

on this _____ day of August, 2006.


_____/s/_____
JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249