UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE )<br>DEPENDENT SCHOOLS – EUROPE )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1009 (RBW) |

NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant, and withdraw the appearance of John F. Henault in the above-captioned matter. .

Respectfully submitted,

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

 /s/
John F. Henault, D.C. Bar  # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2006, I caused the foregoing Motion for Extension of Time and Proposed Order to be served on Plaintiff via first class United States Mail:

MARVIN GREEN
PSC 808 Box 15
FPO AE 09618

       /s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth Street, NW, Room E4412
Washington, DC 20530
202/616-5309