# Selz
# Declaration

## DECLARATION

The undersigned hereby executes the following statement under 28 USC 1746.

In my capacity as Assistant General Counsel, Department of Defense Education Activity (DoDEA), Department of Defense Dependents Schools, Europe (DoDDS-E), I have personal knowledge of facts regarding DoDEA's organization and the employment of the complainant, Marvin Green.

DoDEA headquarters is located in Arlington, Virginia. Mr. Green's Official Personnel Folder is maintained at the DoDEA headquarters. The Department of Defense Civilian Personnel Management Service, the activity that administers the DoD Priority Placement Program, is located in Rosslyn, Virginia. Mr. Green has been employed by DoDDS-E in Italy from 1997 to the present date. The regional headquarters for DoDDS-E is located in Wiesbaden, Germany. All employees referenced in the complaint worked in Germany or in Arlington, Virginia during the relevant period. All matters alleged in the complaint occurred in Europe or Arlington, Virginia.

I declare under the penalty of perjury under the laws of the U.S. that the foregoing statement is true and correct, to the best of my personal information, knowledge and belief.

Date: September 20, 2006

Maxwell G. Selz