**Exhibit 1**

# VOLUME 2

# DEPARTMENT OF DEFENSE CIVILIAN PERSONNEL

# JOINT TRAVEL REGULATIONS

## INTRODUCTION TO JOINT TRAVEL REGULATIONS, (JTR) DEPARTMENT OF DEFENSE CIVILIAN PERSONNEL

### FOREWORD

The Per Diem, Travel and Transportation Allowance Committee (PDTATAC) publishes these regulations. The Committee is chartered under the Department of Defense (DoD). Its members are a Deputy Assistant Secretary for each of the DoD military departments and the Director of the National Oceanic and Atmospheric Administration Corps (NOAA), the Commandant of the Coast Guard (USCG), and the Surgeon General of the Public Health Service (USPHS). The Committee Chairman is the Assistant Deputy Under Secretary of Defense (MPP)

### PURPOSE AND AUTHORITY

The regulations in this Volume pertain to per diem, travel and transportation allowances, relocation allowances, and certain other allowances of DoD civilian employees.

With the exception of DoD civilian employees appointed under Section 625(d) of the Foreign Assistance Act of 1961, as amended (22 USC §2385(d)), who are authorized per diem, travel, and transportation allowances in accordance with Volume 14, State Department Foreign Affairs Manual (FAM), these regulations are the sole travel and transportation allowances regulations for DoD components.

If there is a headquarters dispersal, the authority for prescribing the allowances in these regulations becomes vested in each DoD Committee member. Each DoD Committee member may issue necessary regulations prescribing allowances applicable to that Service (or those Services in the case of the Department of the Navy) until the headquarters activities again are centralized *NOTE: The JTR remain as the governing regulations for OSD and Defense Agency employees.* At that time, regulation-issuing authority again becomes vested in the Committee.

The JTR is issued under the following authorities:

1. Federal Travel Regulation (FTR), published by GSA (41 CFR 300-304); the Department of State Standardized Regulations (DSSR) for Government Civilians in Foreign Areas, issued by State Department; and regulations published by the Office of Personnel Management (OPM)(CFR, title 5);

2. The United States Code, primarily sections found in title 5 (especially chapter 57, concerning allowances for travel, transportation, and subsistence) and title 10;

3. Executive Orders, General Services Administration (GSA) Commuted Rate Schedule, and DoD directives; and

4. Decisions of the U.S. Comptroller General (GAO), the GSA Board of Contract Appeals (GSBCA) and the OSD General Counsel (OSDGC).

### CLAIMS AND ADVANCE DECISIONS

Under 31 USC §3702, the Office of Management and Budget (OMB) settles claims involving civilian federal employees' travel, transportation and relocation allowances. OMB delegated this authority to the General Services Administration (GSA), GSA Board of Contract Appeals (GSBCA). The GSBCA also may issue an advance decision with respect to the same subject matter.

A civilian employee who disagrees with a claim settlement by a paying office may submit the claim to GSBCA (no specific form or format is required) at the address listed below. The claim must be forwarded through the proper paying office, which must attach an administrative report explaining why the claim was settled as it was.

# JOINT TRAVEL REGULATIONS (JTR)

## VOLUME 2

## DEPARTMENT OF DEFENSE (DOD) CIVILIAN PERSONNEL

**CHAPTER 1** — **DEPARTMENT OF DEFENSE (DoD) EMPLOYEE TRAVEL ADMINISTRATION**

PART A — APPLICATION AND GENERAL RULES
PART B — CONDITIONS/FACTORS
PART C — TRAVEL ADVANCES
PART D — GIFTS, GRATUITIES AND OTHER BENEFITS RECEIVED FROM COMMERCIAL SOURCES
PART E — TRAVEL CLAIMS AND RECEIPTS
PART F — MISCELLANEOUS REIMBURSABLE EXPENSES

**CHAPTER 2** — **TRANSPORTATION MODES, ACCOMMODATIONS, TRANSPORTATION REQUESTS, BAGGAGE AND MILEAGE RATES**

PART A — TRAVEL POLICY
PART B — TRAVEL BY GOVERNMENT CONVEYANCE
PART C — TRAVEL BY TAXICAB, BUS, STREETCAR, SUBWAY, OR OTHER PUBLIC OR SPECIAL CONVEYANCE
PART D — POC TRAVEL
PART D1 — GENERAL
PART D2 — PERMANENT DUTY TRAVEL
PART D3 — POC USE INSTEAD OF GOVERNMENT-FURNISHED AUTOMOBILE
PART E — TRAVEL BY COMMON CARRIER
PART F — TRANSPORTATION REQUESTS
PART G — BAGGAGE ALLOWANCE
PART H — LOCAL TRAVEL IN AND AROUND PERMANENT OR TDY LOCATION
PART I — MILEAGE RATES
PART J — PARKING EXPENSES FOR CERTAIN EMPLOYEES

**CHAPTER 3** — **TRAVEL AUTHORIZATIONS**

PART A — DELEGATION OF AUTHORITY
PART B — GENERAL CONDITIONS
PART C — TRAVEL AUTHORIZATION CONTENT
PART D — TRAVEL AUTHORIZATION PREPARATION

**CHAPTER 4**        **EMPLOYEE TRAVEL**
PART A              PERMANENT DUTY TRAVEL
PART B              RESERVED
PART C              PERMANENT CHANGE-OF-STATION (PCS) TRAVEL
PART D              RESERVED (SEE CHAPTER 5, PART K)
PART E              RESERVED
PART F              RESERVED
PART G              RESERVED
PART H              RESERVED (SEE CHAPTER 5 PART L)
PART I              REIMBURSEMENT OPTIONS FOR TRAVELERS ON TDY WITHIN A
                    COMBATANT COMMAND OR JOINT TASK FORCE AREA OF OPERATIONS
PART J              TEMPORARY DUTY TRAVEL
PART K              TRAINING COURSE ATTENDANCE
PART L              PER DIEM ALLOWANCES
PART M              ACTUAL EXPENSE ALLOWANCE (AEA)
PART N              RETURN TO PDS DURING TDY
PART O              OCCASIONAL MEALS AND/OR LODGING
PART P              INCOME TAX REIMBURSEMENT ALLOWANCE (ITRA) FOR EXTENDED TDY
                    ASSIGNMENTS
PART Q              RESERVED
PART R              RESERVED
PART S              CONFERENCES
PART T              SPECIFIC ASSIGNMENT CONDITIONS


**CHAPTER 5**        **PERMANENT DUTY TRAVEL**
PART A              APPLICABILITY AND GENERAL RULES
PART B              EMPLOYEE TRANSPORTATION AND SUBSISTENCE ALLOWANCES
PART C              RESERVED
PART D              HOUSEHOLD GOODS (HHG) TRANSPORTATION (FTR §302-7)
PART E              POV TRANSPORTATION
PART E1             GENERAL
PART E2             OCONUS POV TRANSPORTATION
PART E3             CONUS POV TRANSPORTATION
PART F              MOBILE HOME TRANSPORTATION (FTR PART §302-10)
PART G              MISCELLANEOUS EXPENSE ALLOWANCE (MEA) DUE TO HOUSEHOLD
                    RELOCATION
PART H              TEMPORARY QUARTERS SUBSISTENCE EXPENSE (TQSE) – ACTUAL
                    EXPENSE AND FIXED
PART H1             GENERAL
PART H2             TQSE – ACTUAL EXPENSE (TQSE(AE))
PART H3             TQSE FIXED (TQSE(F))
PART H4             TQSE INFORMATION FORMATS
PART I              RESERVED
PART J              RESERVED
PART K              RENEWAL AGREEMENT TRAVEL (RAT)
PART L              SERVICE AGREEMENTS
PART M              HOUSE HUNTING TRIP (HHT) (FTR §302-5)
PART N              RELOCATION INCOME TAX (RIT) ALLOWANCE (FTR §302-17/5 USC §5724b)
PART O              TEMPORARY CHANGE OF STATION (TCS) (FTR §302-3, subpart E)

**CHAPTER 6**  **TRAVEL UNDER SPECIAL CIRCUMSTANCES**
PART A  SEE APPENDIX E
PART B  DEATH CASES, ALLOWABLE EXPENSES (FTR PART 303-70)
PART C  TRANSPORTATION, MISSING PERSONS CASES
PART D  CIVILIAN ESCORTS AND ATTENDANTS
PART E  PRE-EMPLOYMENT INTERVIEW TRAVEL (FTR §301-75)
PART F  TRAVEL AT NO EXPENSE TO THE GOVERNMENT
PART G  REPATRIATION TRANSPORTATION
PART H  AUXILIARY CHAPLAINS
PART I  THREATENED LAW ENFORCEMENT OFFICERS (FTR §301-31)
PART J  EMERGENCY TRAVEL AND TRANSPORTATION OF EMPLOYEE DUE TO ILLNESS OR INJURY OR A PERSONAL EMERGENCY SITUATION WHILE TDY (FTR §301-30)
PART K  REIMBURSEMENT FOR TRAVEL AND TRANSPORTATION EXPENSES WHEN ACCOMPANYING MEMBERS OF CONGRESS AND CONGRESSIONAL STAFF
PART L  ADDITIONAL TRAVEL AND TRANSPORTATION EXPENSES INCURRED BY AN EMPLOYEE WITH A DISABILITY (FTR §301-13)
PART M  EMPLOYEE TRAVEL FOR HEALTH CARE
PART N  FAMILY VISITATION TRAVEL (FVT)
PART O  EMERGENCY VISITATION TRAVEL (EVT)
PART P  FUNDED ENVIRONMENTAL AND MORALE LEAVE (FEML)
PART Q  REST AND RECUPERATION (R&R) LEAVE TRAVEL
PART R  CIVILIAN FAMILY MEMBER OF A SERIOUSLY ILL OR INJURED MEMBER

**CHAPTER 7**  **DEPENDENT TRAVEL AND TRANSPORTATION ALLOWANCES**

**CHAPTER 8**  **RESERVED**

**CHAPTER 9**  **RESERVED**

**CHAPTER 10**  **RESERVED**

**CHAPTER 11**  **TRANSPORTATION OF PRIVATELY OWNED VEHICLES (POV)**

**CHAPTER 12**  **EVACUATION AND ADVERSE CONDITIONS TRAVEL**

**CHAPTER 13**  **RESERVED**

**CHAPTER 14**   **RESERVED**

**CHAPTER 15**   **USE OF RELOCATION SERVICE COMPANIES**
PART A     USE OF RELOCATION SERVICE COMPANIES
PART B     PROPERTY MANAGEMENT (PM) SERVICES
PART C     HOME MARKETING INCENTIVE PAYMENTS

**APPENDIX A**   **DEFINITIONS**
PART I      TERMS
PART II     ACRONYMS

**APPENDIX B**   **OCONUS MAXIMUM PER DIEM RATES**

**APPENDIX C**   **STATUTORY AND OTHER AUTHORITIES**
PART I      EXECUTIVE ORDER
PART II     DEPARTMENT OF DEFENSE INSTRUCTION
PART III     TABLE OF MILITARY AND CIVILIAN EQUIVALENT GRADES FOR PRISONER
        OF WAR IDENTIFICATION

**APPENDIX D**   **CONUS  MAXIMUM PER DIEM RATES**

**APPENDIX E**   **INVITATIONAL TRAVEL AUTHORIZATIONS**
PART I      INVITATION TO TRAVEL
PART II     SAMPLE FORMAT INVITATIONAL TRAVEL AUTHORIZATION
PART III     GOVERNMENT CONTRACTOR'S/CONTRACTOR EMPLOYEES' TRAVEL

**APPENDIX F**   **CONSUMABLE GOODS ALLOWANCES**
PART I      LOCATIONS HAVING CONSUMABLE GOODS ALLOWANCES
PART II     CRITERIA FOR ESTABLISHING A CONSUMABLE GOODS ALLOWANCE

**APPENDIX G**   **MISCELLANEOUS EXPENSES ON OFFICIAL TRAVEL**

**APPENDIX H**   **TRAVEL PURPOSE IDENTIFIERS AND PREMIUM CLASS
        TRANSPORTATION**
PART 1      TRAVEL PURPOSE IDENTIFIERS
PART 2A     REPORTING DATA ELEMENTS AND PROCEDURES FORMAT
PART 2B     FIRST-CLASS AIR ACCOMMODATIONS CODES
PART 2C     FIRST-CLASS DECISIONS SUPPORT TOOL
PART 3A     BUSINESS-CLASS AIR ACCOMMODATIONS CODES
PART 3B     BUSINESS-CLASS DECISION SUPPORT TOOL
PART 4A     PREMIUM-CLASS ACCOMMODATIONS FOR DISABILITY OR OTHER
        SPECIAL MEDICAL NEEDS REASONS
PART 4B     RESERVED
PART 4C     RESERVED
PART 4D     RESERVED
PART 4E     RESERVED
PART 4F     PREMIUM-CLASS ACCOMMODATIONS DETERMINATION FORMAT

Case 1:06-cv-01009-RBW    Document 10-3    Filed 10/16/2006    Page 8 of 23

**APPENDIX I**                **PAYMENTS DURING AN ORDERED/AUTHORIZED DEPARTURE**

PART A                    EVACUATIONS FROM FOREIGN LOCATIONS
PART B                    EVACUATIONS IN THE UNITED STATES

**APPENDIX J**                **RESERVED**

**APPENDIX K**                **RESERVED**

**APPENDIX L**                **ACTUAL EXPENSE ALLOWANCE (AEA) SUBMISSION CHANNELS**

**APPENDIX M**             **RESERVED**

**APPENDIX N**              **RESERVED**

**APPENDIX O**              **TEMPORARY DUTY (TDY) TRAVEL ALLOWANCES**

**APPENDIX P**                **CITY PAIR PROGRAM**

**APPENDIX Q**              **TOURS OF DUTY FOR DOD CIVILIAN EMPLOYEES**

**APPENDIX R**              **RESERVED**

**APPENDIX S**              **AUTHORIZED FEML LOCATIONS/DESTINATIONS**

**APPENDIX T**              **STANDARD DATA ELEMENTS FOR TRAVEL**
TABLE I                  TRAVELER IDENTIFICATION
TABLE II                 COMMERCIAL TRANSPORTATION INFORMATION
TABLE III                TRAVEL EXPENSE INFORMATION
TABLE IV               ACCOUNTING AND CERTIFICATION

**APPENDIX U**              **AUTHORIZED REST AND RECUPERATION (R&R) LOCATIONS/DESTINATIONS**

# CHAPTER 5

## PART K: RENEWAL AGREEMENT TRAVEL (RAT)

### C5500  GENERAL

An employee, and the employee's accompanying dependents, may be eligible to receive travel and transportation allowances for returning home between OCONUS tours of duty.  This Part applies to employees serving OCONUS tours of duty.  *See pars. C5506 and C5509 for an employee serving tours of duty in Alaska or Hawai'i.*

### *C5503  ELIGIBILITY REQUIREMENTS FOR ALL OCONUS AREAS

To be eligible for the allowances in par. C5500, prior to departure from the OCONUS PDS an employee must have:

1. Satisfactorily completed the prescribed tour of duty (see par. C4005-C and Appendix Q for prescribed tours of duty), and

2. Entered into a new written service agreement for another tour of duty at an OCONUS PDS; (the new agreement covers costs incident to travel to the employee's actual residence or alternate location (see pars. C5536-A, C5536-B, and C5536-C) and return and any additional cost paid by the Government as a result of the employee's transfer to another OCONUS PDS at the time of the tour RAT), and

3. (For Hawai'i or Alaska) Be eligible under pars. C5506 and C5509.

### C5506  EMPLOYEES STATIONED IN ALASKA OR HAWAI'I ON 8 SEPTEMBER 1982

An employee whose status on 8 September 1982 was any of the situations below, involving a post of duty in Alaska or Hawai'i continues to be eligible to receive allowances for travel and transportation expenses for RAT provided that the employee continues to serve consecutive tours of duty within Alaska or Hawai'i (as appropriate within the same State).  On 8 September 1982, the employee must have been:

1. Serving a tour of duty in Alaska or Hawai'i; or

2. En route to a post of duty in Alaska or Hawai'i under a written agreement to serve a tour of duty; or

3. Engaged in tour RAT and have entered into a new written agreement to serve another tour of duty in Alaska or Hawai'i.

### C5509  EMPLOYEES ASSIGNED, APPOINTED, OR TRANSFERRED TO A POST OF DUTY IN ALASKA OR HAWAI'I AFTER 8 SEPTEMBER 1982

1. The travel and transportation allowances  for RAT in this Part may not be authorized for an employee assigned, appointed, or transferred to a post of duty in Alaska or Hawai'i after 8 September 1982, unless the DOD component involved determines that payment of these expenses is necessary for recruiting/retaining an employee for a tour of duty in Alaska or Hawai'i.

2. This authority may be used only when required to fulfill DOD component staffing needs for mission accomplishment.  Use of these provisions is intended to ensure the availability of well-qualified employees or

those employees with special skills and knowledge who are not otherwise available in the local area, and to fill remote area positions.

3. DOD component regulations must prescribe criteria and guidelines to determine the need for RAT.

4. The DOD component determination that RAT is necessary as a recruiting/retention incentive to fill a particular position in Alaska or Hawai'i must be reviewed and re-confirmed in writing periodically, but not less than every five years.

5. Travel and transportation allowances for RAT for recruiting/retention purposes is limited to two round trips beginning within 5 years after the employee first begins any period of consecutive tours of duty in either Alaska or Hawai'i. An employee must be advised in writing of this limitation.

6. These provisions do not affect the provisions governing OCONUS assignments and return for an employee transferred/new appointee assigned to a post of duty in Alaska or Hawai'i.

*NOTE: The successive tours must be in the same State. A tour in Hawai'i followed by a tour in Alaska, or vice versa, does not qualify.*

## C5512  ALLOWABLE TRAVEL AND TRANSPORTATION

An eligible employee and dependents are authorized transportation (including transportation to and from common carrier terminals) from the OCONUS PDS to the employee's actual residence at the time of assignment to the OCONUS PDS. Transportation also is authorized from the actual residence to an OCONUS PDS; except for Alaska and Hawai'i. When Alaska and Hawai'i are involved, the return must be to a PDS in the same State (Alaska or Hawai'i) as the PDS at which the employee served immediately prior to RAT (see par. C5506). *See par. C2203 regarding the mandatory use of CTOs for transportation arrangements.* See par. C5530 for per diem entitlement.

## C5515  RENEWAL AGREEMENT TRAVEL (RAT) DENIAL/DELAY

A. Renewal Agreement Travel (RAT) Denial. Except for teachers as in par. C5542, RAT may be denied only under the circumstances below. The employee:

1. Is being processed for separation.

2. Is going to be involved in a RIF.

3. Has a removal action pending.

4. Has been reassigned to a U.S. position, or

5. Is to be reassigned to a CONUS position in connection with rotation on a similar program that precludes a required period of service completion under a renewal agreement.

B. Renewal Agreement Travel (RAT) Delay

*NOTE: Delay may not be imposed on DODEA teachers.*

1. General

a. RAT at Government expense may not be denied to an employee who has earned it except under the circumstances in par. C5515-A.

b. The time at which leave is granted (to perform RAT) is subject to appropriate personnel regulations.

c. RAT ordinarily is performed between OCONUS tours of duty. See par. C4006-C2. Travel at a later date, within a tour of duty, may be authorized/approved by the employee's OCONUS commander (B-232179, 6 October 1989) subject to leave being granted IAW personnel regulations.

2. Delay at Management's Request. Management may request an employee to delay RAT by extending the initial tour (or tour then in effect) not to exceed 90 days if:

a. The employee is engaged on a project that is scheduled for completion within a reasonable time.

b. There is a temporary personnel shortage. or

c. For other good reasons.

Sufficient time must remain in the employee's renewal agreement tour (after adjusting the length of the tour by subtracting the number of days that the initial tour was extended) following RAT to serve at least 12 months upon return to the OCONUS PDS.

3. Delay at the Employee's Request. An employee may request an extension of the initial tour (or tour then in effect) to permit leave scheduling to accommodate personal/job related reasons acceptable to and permitted by the OCONUS commander concerned. See par. C4005-C1. In this case, the employee's tour after performing RAT and returning to the OCONUS PDS is the greater of:

a. The renewal agreement tour for the PDS concerned, decreased by the number of days the initial tour was extended; or

b. 12 months.

4. Limits on OCONUS Assignments. A delay in performing RAT should not be authorized if the resulting extension to the new tour, or requirement to serve 12 months following return to the OCONUS PDS, requires the employee to remain at the OCONUS PDS beyond any 5- (or other-) year limit on OCONUS assignments contained in personnel regulations, unless the employee is not affected by, or has been released from, the 5- (or other-) year OCONUS service limitation. See par. C4005-C1e.

5. Computing the Tour of Duty when Delayed RAT is Involved and the Employee Is Not Affected by a OCONUS Service Limitation

**Example**

An employee's initial 36-month tour ended 30 June 2003. The employee was eligible to perform RAT beginning 1 July 2003 after signing a 24-month renewal agreement. The employee departed the PDS on 1 July 2003, performed RAT and returned 31 July 2003. The new tour of duty begins on 1 August 2003 and ends 31 July 2005 (i.e., 24 months after return from RAT).

If the initial tour was extended to 31 August 2003, delaying RAT for 62 days, and RAT for 30 days was performed from 1 to 30 September 2003, the employee's RAT tour after returning to the OCONUS PDS would be for 22 months beginning 1 October 2003 and ending 31 July 2005. The 22 months is computed by

decreasing the 24-month tour prescribed for the PDS after RAT completion by the number of days the initial tour was extended (62 days).

### *C5518  TRAVEL IN FAMILY UNITS NOT REQUIRED

An employee may travel alone or with dependents. Dependents may travel unaccompanied but cannot perform round trip travel under renewal agreement authority if the employee does not perform authorized RAT. Unaccompanied dependents must not be allowed delayed use of renewal agreement authority (i.e., start RAT) beyond 6 months after the date the employee begins travel, except for teachers (see par. C5542).

### C5521  RENEWAL AGREEMENT TRAVEL (RAT) NONCUMULATIVE

RAT is to be used between consecutive periods of continuous OCONUS employment. RAT may be performed between the completion date of one agreement and prior to serving another tour of duty pursuant to a written agreement (35 Comp. Gen. 101 (1955)). *RAT authorization is not cumulative from one period of service to another if not used.*

### C5524  BAGGAGE TRANSPORTATION

See par. C2305 for allowed baggage transportation.

### *C5527  HOUSEHOLD GOODS (HHG) STORAGE IN TRANSIT (SIT)

See par. C5190 for up to 90 days of HHG storage in transit.

### C5530  PER DIEM

An employee is authorized per diem during the allowable RAT travel periods between the OCONUS PDSs and the authorized RAT destination. *No per diem is authorized for the employee's dependents incident to RAT when the employee returns to the same OCONUS PDS for duty.* However, when the employee is to report to a different OCONUS PDS for duty, after leave, per diem is allowable for dependents while en route, limited to the constructed time by the usual transportation mode and route *directly* between old and new OCONUS duty stations. See par. C5512 for allowable travel and transportation.

*NOTE: AEA in JTR, Chapter 4, Part M, may not be authorized/approved for RAT/PCS travel.*

### C5533  LEAVE STATUS DURING ABSENCE FROM DUTY

The leave regulations of the separate departments and DoD component apply regarding the employee's leave 'status'. Certain limitations may apply to teachers in the DoD Education Activity. See par. C5542.

### C5536  ALTERNATE DESTINATION

A. Authorization

   1. An employee/dependents is/are authorized to perform RAT to a destination (other than the employee's actual residence) in:

      a. A CONUS/non-foreign OCONUS location, or

      b.  The country of the employee's actual residence.

2.  Either destination listed above is an official travel destination.

3.  Contract city-pair fares may be available for use.  *If the employee/dependent(s) travel to a more expensive alternate destination, city-pair fares are not authorized to the alternate destination and the employee is financially responsible for any excess cost.*

*4.  The policy-constructed airfare (see Appendix A) is to be used for constructed cost purposes (see Appendix P, Part I-B1, FTR §301-10.112 and 62 Comp. Gen. 596 (1983)).

B.  Examples.  The locations and transportation costs used in the following examples are for illustrative purposes only.

| Example 1 | |
| --- | --- |
| Employee's PDS is Germany.  The actual residence is Ames, IA. | |
| *There is no city-pair airfare to Ames, IA.  The policy-constructed airfare (incorporating some city-pair airfare connections) = | $1,200.00 |
| | |
| Employee desires to utilize RAT to Boston, MA. | |
| City-pair airfare to Boston = | $1.400.00 |
| Least expensive non-city-pair coach airfare to Boston, MA = | |
| | $2,000.00 |
| *Since the city-pair airfare cost to Boston, MA, is more expensive than the policy-constructed airfare to Ames, IA, the city-pair airfare may not be used to Boston.  The employee is financially responsible for the additional cost ($2,000 - $1,200 = $800). | |
| **Employee's Financial Responsibility** | $ 800.00 |

| Example 2 | |
| --- | --- |
| Employee's PDS is Germany.  The actual residence is Washington, DC. | |
| City-pair airfare to Washington, DC = | $980.00 |
| Employee desires to utilize RAT to St. Louis, MO. | |
| City-pair airfare to St. Louis, MO = | $840.00 |
| Since the city-pair airfare to St. Louis, MO, is less expensive than the city-pair fare to the actual residence in Washington, DC, the employee is authorized to use the city-pair airfare to St. Louis ($840) NTE the $980 cost to HOR. | |
| **Employee's Financial Responsibility** | $  0.00 |

C.  Time and Location Requirement.  If an employee's actual residence is in a CONUS/non-foreign OCONUS location, the employee, and the employee's dependents, must spend the majority of the RAT time in the CONUS or that non-foreign OCONUS location for RAT to be authorized.

D. Alternate Destination Not Authorized. RAT must not be authorized to an alternate destination if the traveler:

    1. Does not meet the conditions in par. C5542,

    2. Is merely routed through the country of actual residence en route to another country, or

    3. Travels to various points for personal reasons (e.g., a "travel tour").

E. Administration. An alternate destination:

    1. Is determined in advance of travel and stated in the travel authorization,

    2. Omitted from the travel authorization may be later added to the travel authorization as an amendment, or

    3. May be specifically approved on the reimbursement voucher if permitted by finance regulations.

F. Reimbursement. RAT reimbursement for travel to an alternate destination must not exceed the amount allowed for transportation along a usually traveled route between the PDS and the actual residence.

## C5539 LIMITATIONS

A. Household Goods (HHG). There is no authority (in connection with RAT) for HHG shipment except with regard to necessary baggage (see par. C2305). Signing the renewal agreement in connection with RAT can be the basis for reestablishing expired authority for HHG and dependent transportation to the extent of a prior authorization that was unused (38 Comp. Gen. 653 (1959)).

B. Unaccompanied Dependents. See par. C5518 for unaccompanied dependents' travel and transportation authority.

C. Destination Point Relocation. RAT authority does not apply if an employee's travel destination is to a place other than in the country or area in which the actual residence is located.

D. Duplicate Eligibility. *Duplicate transportation is not authorized for persons who may be separately eligible for RAT as an employee and as a dependent (i.e., a couple, each with RAT authority, can only travel once. Each may not travel again as a 'dependent' of the other).*

E. RAT In Connection with other Travel. Employees may not be required to combine RAT with any other funded leave transportation program or travel entitlement. Employers may not require that RAT be combined with any other funded leave transportation program or travel entitlement.

## C5542 TEACHERS IN THE DOD OVERSEAS DEPENDENTS SCHOOL SYSTEM

A. Completion of Period of Service RAT. Under RAT authority, a teacher who satisfactorily completes the period of service in the transportation agreement is authorized travel to a CONUS/non-foreign OCONUS actual residence during the summer recess. This travel is authorized whether return is to the same/a different OCONUS area.

B. Exceptions

    1. General

D. Alternate Destination Not Authorized. RAT must not be authorized to an alternate destination if the traveler:

  1. Does not meet the conditions in par. C5542,

  2. Is merely routed through the country of actual residence en route to another country, or

  3. Travels to various points for personal reasons (e.g., a "travel tour").

E. Administration. An alternate destination:

  1. Is determined in advance of travel and stated in the travel authorization,

  2. Omitted from the travel authorization may be later added to the travel authorization as an amendment, or

  3. May be specifically approved on the reimbursement voucher if permitted by finance regulations.

F. Reimbursement. RAT reimbursement for travel to an alternate destination must not exceed the amount allowed for transportation along a usually traveled route between the PDS and the actual residence.

## C5539  LIMITATIONS

A. Household Goods (HHG). There is no authority (in connection with RAT) for HHG shipment except with regard to necessary baggage (see par. C2305). Signing the renewal agreement in connection with RAT can be the basis for reestablishing expired authority for HHG and dependent transportation to the extent of a prior authorization that was unused (38 Comp. Gen. 653 (1959)).

B. Unaccompanied Dependents. See par. C5518 for unaccompanied dependents' travel and transportation authority.

C. Destination Point Relocation. RAT authority does not apply if an employee's travel destination is to a place other than in the country or area in which the actual residence is located.

D. Duplicate Eligibility. *Duplicate transportation is not authorized for persons who may be separately eligible for RAT as an employee and as a dependent (i.e., a couple, each with RAT authority, can only travel once. Each may not travel again as a 'dependent' of the other).*

E. RAT In Connection with other Travel. Employees may not be required to combine RAT with any other funded leave transportation program or travel entitlement. Employers may not require that RAT be combined with any other funded leave transportation program or travel entitlement.

## C5542  TEACHERS IN THE DOD OVERSEAS DEPENDENTS SCHOOL SYSTEM

A. Completion of Period of Service RAT. Under RAT authority, a teacher who satisfactorily completes the period of service in the transportation agreement is authorized travel to a CONUS/non-foreign OCONUS actual residence during the summer recess. This travel is authorized whether return is to the same/a different OCONUS area.

B. Exceptions

  1. General

a. Teachers are authorized to travel to a CONUS/non-foreign OCONUS location on the first portion of RAT authority to attend an accredited college/university.

b. Travel to the OCONUS area may be accomplished under the return portion of RAT authority upon completion of the study period.

c. Par. C5518 (Travel in Family Units Not Required) is exclusive of any time the teacher is actively enrolled at the college/university in a CONUS/non-foreign OCONUS location.

d. The exceptions in par. C4164-A may be authorized/approved during a period of continuous service as provided in pars. C5542-B2 and C5542-B3.

2. Reassignment at Management's Request

a. Under RAT authority, after completing 1 school-year of service on a current agreement, any teacher who is reassigned at management's request from one 2-year area to another 2-year area, may return to the CONUS/non-foreign OCONUS actual residence during the summer vacation.

b. The normal routing between the two PDSs must be through a CONUS/non-foreign OCONUS location and the teacher must sign a new renewal agreement for the new area of assignment.

c. Other reassignments at management's request do not qualify for RAT travel and must be limited to travel by direct routing as a PCS movement between the two PDSs.

d. The first school-year of service at the new location completes the second consecutive school-year of required service under the initial transportation agreement.

3. Attendance at an Accredited College/University

a. When the teacher desires to return to a CONUS/non-foreign OCONUS location for the summer at the end of the first school-year of service, the teacher may be authorized round trip RAT if the teacher is:

(1) Under an agreement to attend an accredited college/university,

(2) Pursuing courses for professional preparation/advancement that are related to the present/planned needs of the DoD Education Activity, or

(3) Pursuing other specific professional preparations meeting current DoD Education Activity requirements, or

(4) Attending courses that are required for continued certification in the teacher's home State.

b. The renewal agreement is signed before leaving the OCONUS area.

c. The teacher is required to present satisfactory evidence of acceptance by, or an acceptable intent to attend, an institution for an appropriate course of study of not less than 6 semester hours.

d. When a teacher travels at Government expense to a CONUS/non-foreign OCONUS location to attend a course of study but cannot prove satisfactory:

(1) Course(s) completion, or

**Permanent Duty Travel** _____ C5542

      (2) Reasons for not completing the course(s),

  the teacher is financially responsible for travel costs paid for by the Government.

     e. Teachers who return to a CONUS/non-foreign OCONUS location under the exception in this par. C5542-A begin a new 2-school-year cycle under the renewal agreement upon return to the OCONUS area.

  4. <u>Attendance at Accredited College/University Incident to Authorized Extended Leave of Absence</u>. Round trip RAT may be authorized for the purpose of furthering professional growth in the case of a teacher who is authorized a leave of absence to attend an accredited college/university in a CONUS/non-foreign OCONUS location provided the teacher:

     a. Has satisfactorily completed 2 school-years in the DoD Overseas Dependents School System and meets the eligibility conditions for RAT,

     b. Executes a renewal agreement - prior to departure in connection with the authorized leave of absence, and

     c. Presents to the appropriate official responsible for authorizing the extended leave of absence and RAT:

        (1) Acceptable evidence of intent to attend an accredited college/university to pursue a course of study leading to a higher degree or for graduate work in a chosen field,

        (2) Evidence that the course of study is not feasible through other means,

        (3) Proof/acceptance of the course of study, and

        (4) Information regarding successful course completion.

  5. <u>Reassignment to 1-year Tour Area</u>. A teacher who requests reassignment at the end of the first school year, and receives management approval for reassignment to a new 1-year tour area, is authorized RAT to the CONUS/non-foreign OCONUS actual residence for the summer recess. (See personnel regulations regarding pay/leave status.) RAT also is authorized from that CONUS/non-foreign OCONUS actual residence to the new OCONUS PDS indicated in the renewal agreement.

C. <u>HHG Storage between School Years</u> (See par. C5195-C)

  1. <u>Entitlement Conditions</u>. See par. C5195-C for HHG storage between school years.

  *2. <u>In Addition to Storage in Transit (SIT)</u>. Authority for storage between school years (see par. C5195-C) is in addition to authority for SIT in connection with HHG shipment. Storage under these two authorities may overlap in time.

  3. <u>Substitute and Part-Time Teachers</u>. *Substitute and part-time teachers are not eligible for storage between school years.*

4. Administrative Arrangements

a. The industrial relations/civilian personnel officer (administrative responsibility) must furnish the transportation officer notification about storage between school years. The notification must specify the storage period beginning and ending dates.

b. The transportation officer is responsible for storage arrangements.

c. The transportation officer must maintain a record of all storage costs or the reasonable value for storage furnished for each teacher.

5. Indebtedness Notification. Appropriate financial regulations address indebtedness and appropriate notification so that collection action can be taken.

6. Consecutive School Terms in Different Locations

a. If a teacher is at different locations for consecutive school terms, storage costs are paid by the losing command/activity until the HHG are removed from storage for shipment to the new PDS.

b. The gaining command/activity pays for any storage costs after the date the HHG arrive at the new PDS.

c. Storage may be at either the old or new PDS whichever is most practical with the losing command paying only if storage is at the old PDS.

## *C5545 DEPENDENT TRANSPORTATION

A. When Authorized

1. Dependent transportation may be authorized ICW the employee's RAT.

2. Subject to the conditions in Chapter 5, Part K, the dependent transportation costs must not exceed the Government's cost for transportation to the employee's authorized destination.

3. In these cases, dependent transportation may be as provided in par. U5545.

B. Dependent Eligibility. Dependents are authorized round trip transportation ICW the employee's renewal agreement, provided that they:

1. Traveled to the OCONUS PDS within the prescribed 2 year limit, or

2. Became dependents at the OCONUS area by marriage, birth, or adoption before the employee began round-trip travel under a renewal agreement,

**AGREEMENT.** A written statement required by any of several statutes, signed by a person selected for appointment or by an employee, prescribing a required period of service and other conditions related to transportation allowances in connection with permanent duty travel.

**APPROVE(D).** The ratification or confirmation of an act already done.

**APPROVING OFFICIAL.** See *TRAVEL-APPROVING/DIRECTING OFFICIAL.*

**ARMED FORCES.** The Army, Navy, Air Force, Marine Corps, and Coast Guard (see 37 USC §101(4)).

**ATTENDANT.** An attendant:

    1. Is a Uniformed Service member, employee, or other person who, IAW a travel order/authorization/ITA, accompanies an employee authorized to travel to/from a medical facility for required medical attention that is not available locally,

    2. Takes care of and waits upon the employee patient in response to the patient's needs,

    3. May travel with the patient and attend to the patient's needs at the destination medical facility, and.

    4. Is appointed by competent medical authority.

*Effective 6 June 2006*
**AUTHENTICATING OFFICIAL.** *See AUTHORIZING/ORDER-ISSUING OFFICIAL (AO).*

*Effective 17 September 2004*
**AUTHORIZED.**

    1. The giving of permission before an act.

    2. The giving, through these regulations, of an allowance to an eligible individual requiring no other action.

(Example: When the regulation states that an allowance is authorized, – the regulation means that an eligible individual has that allowance without further action by any other activity.)

**AUTHORIZING/ORDER-ISSUING OFFICIAL (AO).** The official who directs travel and has responsibility for the funding.

**AUTOMATED TELLER MACHINE (ATM) SERVICES.** Contractor-provided services that allow cash withdrawals from participating ATMs to be charged to a contractor-issued charge card.

**BAGGAGE.** Personal effects of a traveler that are needed in connection with official travel and immediately upon arrival at the point of assignment. Material belonging to the Government may be included. *NOTE: Baggage may accompany a traveler (accompanied baggage) or be transported separately from the traveler (unaccompanied baggage).*

**BAGGAGE, ACCOMPANIED.** Baggage that is not part of the HHG weight allowance and consists of coats, brief cases, suitcases, and similar luggage that accompanies a traveler on a transportation ticket.

**BAGGAGE, UNACCOMPANIED.** The part of a member's/employee's prescribed weight allowance of HHG that:

1. Is not carried free on a ticket used for personal travel,

2. Ordinarily is transported separately from the major bulk of HHG, and

3. Usually is transported by an expedited mode because it is needed immediately or soon after arrival at destination for interim housekeeping pending arrival of the major portion of HHG.

*NOTE 1: Unaccompanied baggage in connection with permanent duty and RAT consists of personal clothing and equipment, essential pots, pans, and light housekeeping items; collapsible items such as cribs, playpens, and baby carriages; and other articles required for the care of dependents. Items such as refrigerators, washing machines, and other major appliances or furniture must not be included in unaccompanied baggage.*

*NOTE 2: In connection with an extended TDY assignment, unaccompanied baggage is limited to the necessary personal clothing and effects for the individual and equipment directly related to the assignment.*

*Effective 1 March 2004*
**BLANKET TRAVEL AUTHORIZATION.** (Also called Unlimited Open, Limited Open, or Repeat Travel Authorization.) An authorization issued to a traveler who regularly and frequently makes trips away from the PDS within specific geographical limits for a specific time period within a fiscal year in performance of regularly assigned duties. *Also see TRAVEL AUTHORIZATION.*

*NOTE 1: Blanket travel authorizations are not used in DTS.*

*NOTE 2: Blanket travel authorizations for TDY travel can only authorize economy-class travel. If premium-class travel becomes necessary for a specific trip, an amendment to the travel authorization for each such trip must be issued.*

**BREAK IN SERVICE.** A break in service is defined as a period of four or more calendar days during which an individual is no longer on the rolls of an executive agency (5 CFR §300.703 (2004)).

**BUSINESS-CLASS.** Travel and accommodations/service that fall between first-class and coach-class accommodations. Business-class accommodations usually, but do not have to, have their own cabin/facilities between first-class and coach-class accommodations. (*See par. U3125-B2b for business-class transportation authority (restricted to the two-star flag level and civilian equivalents.)*

**CALENDAR DAY.** The 24-hour period from one midnight to the next midnight. *NOTE: The calendar day technically begins one second after midnight (reflects as 0001) and ends at midnight (2400).*

**\*CAPACITY CONTROLLED CITY-PAIR AIRFARE.** See the CITY-PAIR AIRFARE CONTRACT at *http://www.gsa.gov/Portal/gsa/ep/channelView.do?pageTypeId=8211&channelPage=%2Fep%2Fchannel%2Fgsa Overview.jsp&channelId=-13029. These fares are not used in cost-construction.*

**CERTIFICATED AIR CARRIER.** See U.S. Flag Air Carrier.

**CIRCUITOUS TRAVEL.** Travel by a route other than the one that ordinarily would be prescribed by a transportation officer between the places involved. *Also referred to as Indirect Travel.*

**\*CITY-PAIR AIRFARE.** See the CITY-PAIR AIRFARE CONTRACT at *http://www.gsa.gov/Portal/gsa/ep/channelView.do?pageTypeId=8211&channelPage=%2Fep%2Fchannel%2Fgsa Overview.jsp&channelId=-13029*

**COMMAND, COMBATANT.** An organization with a broad continuing mission under a single commander, established and so designated by the President, through the Secretary of Defense with the advice and assistance of the Chairman, Joint Chiefs of Staff. Combatant commands typically have geographic or functional responsibilities.

**COMMERCIAL TRANSPORTER.** A transporter operating under the Interstate Commerce Commission Termination Act of 1995 (Public Law 104-88) in interstate commerce or under appropriate State statutes in intrastate commerce.

**COMMON CARRIER.** Private-sector supplier of air, rail, bus, or ship transportation.

**COMMUTED RATE.** A price rate used for HHG transportation and storage in transit. It includes costs of line-haul transportation, packing, crating, unpacking, drayage incident to transportation and other accessorial charges, and costs of storage in transit within the applicable weight limit for storage including in-and-out charges and necessary drayage. To get the commuted rates tables for transportation, storage, packing, unpacking, crating, drayage and other accessorial charges incident to transportation you must subscribe to the Professional Movers Commercial Relocation Tariff, STB HGB 400-(Series). See par. C5160-D4.

**CONFERENCE.** A meeting, retreat, seminar, symposium or event that involves attendee travel. Also applies to training activities that are conferences under 5 CFR §410.404. *NOTE: This does not include regularly scheduled courses of instruction conducted at a Government or commercial training facility.*

**CONTINENTAL UNITED STATES (CONUS).** The 48 contiguous States and the District of Columbia.

**CONTINGENCY OPERATION.** A military operation that:

   1. Is designated by the Secretary of Defense as an operation in which armed forces members are or may become involved in military actions, operations, or hostilities against an enemy of the United States or against an opposing military force; or

   2. Results in the call or order to, or retention on, active duty of members of the Uniformed Services under 10 USC §688, §12301(a), §12302, §12304, §12305, or §12406; Chapter 15 of title 10, or any other provision of law during a war or during a national emergency declared by the President or Congress.

**CONTRACT CARRIERS.** U.S. certificated air carriers that are under contract with the Government to furnish Federal employees and other persons authorized to travel at Government expense with passenger transportation service. This also includes GSA's scheduled airline passenger service between selected U.S. cities/airports and between selected U.S. and international cities/airports at reduced fares.

*Effective 31 July 2006*
**\*(CONTRACTED) COMMERCIAL TRAVEL OFFICE/TRAVEL MANAGEMENT CENTER (CTO/TMC).** A commercial activity providing a full range of commercial travel and ticketing services for official travel under a contract and/or memorandum of understanding with the Government.

**DEFENSE TABLE OF OFFICIAL DISTANCES (DTOD).** The DOD standard source for worldwide distance information based on city-to-city distance (*not* zip code to zip code) replacing all other sources used for computing distance (except airplanes). For more information refer to the DTOD website at *http://dtod1.sddc.army.mil*.

**DEPARTMENT OF DEFENSE (DOD) COMPONENTS.** (Also ref: *http://www.defenselink.mil/pubs/almanac/* and/or *http://www.gov.com/agency/dod/agency.html*)

   The Office of the Secretary of Defense (including the organization of the Joint Chiefs of Staff)
   Department of the Army

Department of the Air Force
Department of the Navy (including the Marine Corps)
DOD Inspector General
United States Court of Appeals for the Armed Forces

**DOD FIELD ACTIVITIES:**
American Forces Information Service
Defense Prisoner of War/Missing Personnel Office
Defense Technology Security Administration
DOD Counterintelligence Field Activity
DOD Education Activity
DOD Human Resources Activity
Office of Economic Adjustments
TRICARE Management Activity
Washington Headquarters Services

**DEFENSE AGENCIES:**
Defense Advanced Research Projects Agency
Defense Commissary Agency
Defense Contract Audit Agency
Defense Contract Management Agency
Defense Finance and Accounting Service
Defense Information Systems Agency
Defense Intelligence Agency
Defense Legal Services Agency
Defense Logistics Agency
Defense Security Cooperation Agency
Defense Security Service
Defense Threat Reduction Agency
Missile Defense Agency
National Geospatial Intelligence Agency
National Geospatial Intelligence College
National Security Agency/Central Security Service
Pentagon Force Protection Agency

**JOINT SERVICE SCHOOLS:**
Joint Military Intelligence College
Defense Acquisition University
National Defense University
Joint Professional Military Education Colleges
Uniformed Services University of the Health Sciences

**DEPENDENT/IMMEDIATE FAMILY.** Any of the following named members of an employee's household at the time the employee reports for duty at a new PDS or performs authorized/approved OCONUS tour RAT or separation travel:

1. Employee's spouse;

2. Children of the employee or employee's spouse who are unmarried and under age 21 years or who, regardless of age, are physically or mentally incapable of self-support. *NOTE: "Children" includes natural offspring; stepchildren; adopted children; grandchildren, legal minor wards or other dependent children who are under legal guardianship of the employee or employee's spouse; also, a child born and moved after the employee's effective date of transfer because of advance stage of pregnancy, or other reasons acceptable to the DOD component concerned, e.g., awaiting completion of the school year by other children. See 50 Comp. Gen. 220 (1970); 66 id. 497 (1987).*;

*NOTE 1: An employee and spouse at an OCONUS PDS assumed temporary custody of two grandchildren. The parent of the grandchildren was a uniformed member on active duty with a DOD Service in Iraq. The uniformed member (the parent) executed a special military power of attorney granting guardianship of the children to the children's grandparent. GSBCA held that the power of attorney did not create a "legal guardianship" as that term is used in par. B above to define dependent/immediate family members for the purpose of determining eligibility for relocation allowances. Since the term "legal guardianship" is not defined in the JTR, GSBCA turned to Arizona state law (the state in which the power of attorney was executed and in which the uniformed member resided) for guidance. Under Arizona law legal guardianship can be established only by judicial determination and the powers of attorney provided by the uniformed member were not sufficient to create guardianship. Since legal guardianship did not exist, the grandchildren could not be members of the employee's immediate family and the employee was not authorized travel and transportation costs and overseas allowances (TQSA) on their behalf (GSBCA 16337-RELO, 19 April, 2004).*

    3.  Dependent parents (including step- and legally adoptive parents) of the employee or employee's spouse; and

    4.  Dependent brothers and sisters (including step- and legally adoptive brothers and sisters) of the employee or employee's spouse who are unmarried and under 21 years of age or who, regardless of age, are physically or mentally incapable of self-support.

*NOTE 2: Generally, the individuals named in items 3 and 4 are dependents of the employee if they receive at least 51 percent of their support from the employee or employee's spouse; however, this percentage of support criterion must not be the decisive factor in all cases. These individuals also may be dependents for the purpose of this definition if they are members of the employee's household and, in addition to their own income, receive support (less than 51 percent) from the employee or employee's spouse without which they would be unable to maintain a reasonable standard of living.*

*NOTE 3: In connection with the Missing Persons Act, "dependent" is defined in par. C6101-A for purposes of transportation eligibility under that Act.*

*NOTE 4: With respect to emergency leave travel, see par. C6453-D.*

*Effective 30 November 2004*
*NOTE 5: Whether an individual is considered to be an employee's spouse for the purpose of allowances authorized in these regulations when a "common law marriage" is involved is addressed in several GSBCA and Comptroller General decisions. Some quotes from those decisions are as follows:*

    *GSBCA quotes "Issues of marital status are determined by state law and the relationship of spouse exists if common law marriage is recognized by the law of the state where the parties entered into such a marriage"; and,*

    *"Issues of marital status are determined by state law, James H. Perdue, GSBCA 14122-RELO, 16 March 1998. Some states recognize common law marriage — "[a] marriage that takes legal effect, without license or ceremony, when a couple live together as husband and wife, intend to be married, and hold themselves out to others as a married couple." Black's Law Dictionary 986 (7th ed. 1999)"; and,*

    *As we recognized in James H. Perdue, GSBCA 14122-RELO, 16 March 1998 the burden of proof is on the claimant to establish the common law marriage. State law determines issues of marital status, and the relationship of spouse exists if common law marriage is recognized under the law of the state where the parties entered into such a marriage. The following Comptroller General decisions address specific circumstances: B-260688, 23 October 1995; B-247541, 19 June 1992; B-212900, 15 November 1983; B-191316, 27 September 1978; B-191316, 6 April 1978; B-186179, 30 June 1976.*