**Exhibit 2**

**From:** Green, Marvin
**Sent:** Thursday, September 21, 2006 9:02 AM
**To:** Selz, Maxwell
**Subject:** RE: Complaints before the DC District Court

I consent.

Further, I would note that, I have accepted a PPP offer with which I am largely satisfied. However, I was the first of the 6-8 candidates to be placed. The position I have accepted has characteristics of both my specialty as a Sys Admin as well as characteristics of the Customer Support specialty. The presumed requirement for a competed security clearance was somehow bypassed or otherwise obviated. The status of my dependents remains undetermined. I have submitted two informal grievances, the outcome of which may have a bearing on this case.

I expect to be on leave status from Oct 20 thru Nov 4. November 5 is my start date with the US Army. I will have limited time and internet access while establishing my domicile in San Antonio. I request in turn that any response required from me be no sooner than Dec 15, 2006.