UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN E. GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOD DEPENDENT SCHOOLS-EUROPE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1009 (RBW) |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for DOD Dependent Schools – Europe, Defendant in the above-captioned civil action, and withdraw the appearance of former Assistant United States Attorney Kathleen Konopka, who has departed from the United States Attorney's Office.

/s/ _____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street N.W., Rm E-4417
Washington, D.C. 20530
(202) 514-1950
quan.luong@usdoj.gov