Marvin Green
220 PINCKNEY ST APT B
SAN ANTONIO TX 78209-6904
marvin.e.green@us.army.mil
H 210-824-0959 C 210-389-6231

In The

## District Court of the United States – District of Columbia

| | |
|---|---|
| Marvin Green,<br>  Plaintiff,<br>v.<br>DoDDS-E,<br>  Defendant. | Case No. 06-1009 RBW<br>MOTION FOR ENLARGEMENT OF TIME TO CHALLENGE VENUE CHANGE<br><br>Date: January 15, 2007 |

## I. INTRODUCTION

Plaintiff requests an enlargement of time to respond - of at least 2 weeks but preferably four. Plaintiff believes that another medium strength argument can be made against Virginia jurisdiction but it won't be quite as good as my State Dept connection / Statelessness argument in affirming D.C. jurisdiction - as being stronger.

## II. STATEMENT OF FACTS

About 2 years ago I had an eye witness describe to me exactly how local military commanders came to control DoDDS-E - leaving DoDEA in an advisory role.

This account will have a bearing on 06-1141 assuming DoDEA headquarters has input into its disposition.

This account will also tend to support my contention that by assigning Plaintiff to a location in Sigonella and subsequently Naples where there existed both remote tenuous supervision and local tasking supervision – Plaintiff as an hourly worker is entitled to Administratively uncontrollable overtime.

### III. ARGUMENT

Plaintiff would tender the subjective observation that Defendant Council Kathleen attempted to gently corral plaintiff into a focused EEO complaint while 06-1434 Council Marian tried shock and awe on Plaintiff. New council has been assigned to this case and will no doubt be factoring in all that has gone before and the various results they attained.

Since today is the deadline for this motion, Plaintiff will attempt to implement the rule notifying defendant council on the next motion.

### IV. CONCLUSION

Plaintiff respectfully requests a continuance until February 19, 2007.

Date: January, 15 2007

/s/ Marvin E. Green