UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN,           )<br>    Plaintiff           )<br>220 PINCKNEY ST APT B           )<br>SAN ANTONIO TX 78209-6904           )<br>marvin.e.green@us.army.mil           )<br>H 210-824-0959 C 210389-6231           )<br>           )<br>    v.           )<br>           )<br>DEPARTMENT OF DEFENSE           )<br>DEPENDENT SCHOOLS - EUROPE,           )<br>    Defendants           )<br>           )<br>Quan K. Luong           )<br>Special Assistant U.S. Attorney           )<br>555 Fourth Street N.W., Rm E-4417           )<br>Washington, D.C. 20530<br>202-514-1950<br>Quan.luong@usdoj.gov | Civil Action No. 06-1009 |

IT IS HEREBY ORDERED that there be an enlargement of time for Plaintiff to respond to Defendants October 16 2006 motion to Dismiss or Transfer up to and until February 19, 2007.

_____       _____

Reggie B. Walton
United State District Judge                                     Date