Marvin Green
220 PINCKNEY ST APT B
SAN ANTONIO TX 78209-6904
marvin.e.green@us.army.mil
H 210-824-0959 C 210-389-6231

In The

# District Court of the United States – District of Columbia

|  |  |  |
|---|---|---|
|  | ) | Case No. 06-1009 RBW |
|  | ) |  |
| Marvin Green, | ) | OPPOSITION TO MOTION TO |
| Plaintiff, | ) | DISMISS OR IN ALTERNATE A |
| v. | ) | CHANGE OF VENUE |
|  | ) |  |
| DoDDS-E, | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) | Date: January 28, 2007 |
|  | ) |  |

## I. INTRODUCTION

I am going to have to drop into 1st person vernacular as it has been taking me about 2 hours per page to write legalese and I have too much to say in too little time.

If this telling is jumbled and chaotic it is due to the attempt of arguing against dismissal and venue change at the same time when facts and arguments may help or hinder each simultaneously.

## II. STATEMENT OF FACTS

About 10 years ago my supervisor complained to his congressperson, the letter was forwarded to DoDEA headquarters, to Lillian Gonzalez desk, he

was confronted with it and the result was he was, (years later), demoted and then threatened with the PPP program and forced to retire by it's use. He was an excellent supervisor with a good record, specifically re-recruited from Grumman and it took DoDDS-E and DoDEA about 4 years to turn him into an Italian tour organizer (06-1141).

About 5 or 6 years ago Karen Strongman was my supervisor and Kevin Arthur was her deputy. She was "demoted" to DoDEA headquarters and Kevin became my supervisor. Kevin lasted about a year. The story around our diffused office was that he had up and quit by getting on a plane to Florida. Someone, probably Dr. Gladden, instigated a suite against Kevin. We heard the results were a draw – but the story and Dr. Gladden's failure to come clean with the facts have created a climate of fear and government invincibility among the non-unionized employees. Dr. Gladden has not only failed the three part of the "no fear" law I learned in my ARMY training: 1. have a policy, 2. disseminate the policy, 3. investigate vigorously – but she has created a climate where non-unionized employees are fearful of asserting their rights or questioning her decisions.

Over the past 10 years I have worked directly for IT Chiefs: Tom Rowley, John Bears, Karen Strongman, Kevin Arthur, Gary Kelly and indirectly for Lenny Dobson. All (except possibly John Bears), were demoted or reassigned under unfavorable circumstances. Max Selz is a standup guy but it is intimidating for DoDDS-E management to have their own lawyer on

staff - and maybe more than one for all I know – what chance do I stand if my case gets sent over the Potomac? A place where agency and government lawyers have an established working relationship? Well, I guess those weren't rhetorical questions – my instincts based of what I've experienced is that my chances for success will be greatly diminished by a change of venue.

  I apologize for mixing my facts and arguments. In any case I have one more set of subjective facts with which I wish to assert that for the purposes of this court proceeding DoDDS-E is less entitled to select Virginia venue than I am to select a D.C. venue.

  Luis Ramirez was a fellow PPP registrant, a fellow System Administrator and climbed from being our IT unit secretary to GS-12 over the last 10 years, He had every reason to leave a happy camper when getting a PPP hit to North Carolina right after I got San Antonio. Anyway, when we were attending our only technical training class of the last 6 years, in Heidelberg, he told me the following account of former DoDEA Director Lillian Gonzales' termination:

  On one of Lillian's early tours of DoDDS-E she had a technical problem with one of her power point presentations - embarrassment resulted. Luis as a native Spanish speaker, as was Lillian, was detailed to personally accompany her on each of her subsequent tours of DoDDS-E and tend personally to her computer needs. He described social occasions where she would speak Spanish to him about other people in the room knowing they

could not understand. (This is a possible outsider impression Sophia may have inadvertently given Marjorie Lewallen by speaking Spanish to Anna Adorno in Marjorie's presence).

Back in '96 or '97 I was working in DoDDS-Pacific at the regional office when Lillian came through on her first tour of that theater. She gave a brief speech that confirmed the rumors that our jobs were all toast. After she left Regional Director Jerry Bloom gave us another speech about how we were all performing a vital function and that while we might be moved we would still have jobs.

Lillian's reshuffling was meant to take direct control of DoDDS world-wide by moving all the personnel from the Regional Offices to the District Offices, (she then renamed the Regional Offices as Service Centers (powerless theater logistical centers)).

At some point Lillian met with Gen. Wesley Clark and or other theater commanders and it became apparent that either he or they were opposed to the progressive loss of local theater control over DoDDS-E.

The American Forces Network TV advertised a military instituted and controlled complaint hotline; where parents were encouraged, in rather suggestive terms, to phone in any complaints they had about DoDDS-E. I was there. I heard the commercials. Since they were being done outside of DoDDS control I know some form of power politics was going on – but never understood until Luis clued me in.

Anyway, Luis claims that Wesley Clark orchestrated the complaints from a variety of sources, brought them all together for a "conference" and required of Lillian that she attend - alone. The result of the "conference" was a joint recommendation to whichever undersecretary that Lillian's pre-signed resignation be accepted – which it was.

Since that time Dr. Diane Ohman has had the unenviable situation of a remote supervisor with little to say and many local supervisors that she has to keep happy to keep her job. (Sort of like me while I was deployed to Sigonella – except that I was an hourly employee.)

I have another story that relates intimately in terms of style and the events described but makes an similar point regarding DoDDS-E and methods of control .

I sat in Germany in an Exchange e-mail migration meeting, maybe Feb '04, while Lenny was at DoDEA in meetings with Tafoya. Dr. Tafoya's decisions were being relayed back to us as they were being made, example: (Dr Tafoya says: get rid of Novell now- written onto the meetings white board in red). After 3 years of Lillian's induced District control we were finally going to do some real technical work, under DoDEA control and/or coordination at least. Our first real upgrade and training in 3 years - and we were to be back under "Service Center" or centralized control working for Lenny and he for IT DoDEA. Lillian's changes were about to be redone – at least in so far as more centralized control and coordination of the IT function.

Lenny was eventually removed and Tafoya taught not to meddle in DoDDS-E in a manner reminiscent to Lillian's demise. Of course Lenny's AD (Active Directory) conversion was pretty rocky but no one bothered to blame the 3 previous years of zero upgrades or the lack of leadership that forced us now to make up for lost time.

This is how Dr. Ohman and DoDDS-E responded to Lenny going over her head and tempting Dr. Tafoya to take more direct control of DoDDS world wide IT structure: Then Deputy Director Candice Ransing organized a group of the most vocal principals, (my Naples HS principal led the delegation I believe), who descended on Dr. Tafoya blaming him and Lenny for foisting Active Directory upon their technically out of date schools.

I have one more, (semi-related but disjoint at this juncture), conundrum that I don't quite know how or where else to present. It is a conundrum because Nadine Sapienza required my participation in the termination of Mike Monico while she now protects my star witness in my discrimination complaint, (from termination for the crime of being a low cost local hire in the midst of an agency downsizing).

On or about Sept of '04 I attended a Naples Elementary weekly technology meeting. The principal was at the principal's conference, (with Marjorie Lewallen), so Assistant Principal Nadine Sapienza led the meeting. She almost immediately began upbraided me, describing it as "unacceptable" that I had not gotten Mike Monico's PC up and running on Active Directory

as yet. It seems they had terminated him by e-mail and he was still coming to work and this was somehow my fault. Mike was hired as a Library Tech. His first supervisor, Patricia McWillaims, (that didn't want him in her library), was in the meeting. When he was terminated he was still a library tech on paper who had worked all of several weeks in a library. Evidently, he didn't work out as a kindergarten aide either so he was a receptionist when I met him. DoDDS-E will argue that by putting him on PPP they were giving him an additional option to termination. I argue that they were using PPP to circumvent the proper personnel procedures that would have given him the opportunity to improve, fit in elsewhere or get fired for inadequate performance. I believe that probably Yolanda was the district personnelist that may have terminated Mike. She is also the one that took my housing allowance away and who I am reminded of every 2 weeks as they are still taking overage from my direct deposits. She is also the one, (after moving to Germany), that supervised the person who administered the PPP program upon me. She is also the PPP DoDDS-E program coordinator.

    Back to Assistant Principal Nadine. I never went to any more elementary school technology meetings. Nadine and I interacted pleasantly for the remainder of the year. On or about June of 2005 she received a well deserved promotion to Principal of Sigonella Elementary School.

    On or about Sept of 2005 my wife asked me what was up with that new Elementary Principal. She had heard that Nadine was instigating a lawsuit

against Captain Stuyvesant because she wanted the kids delivered to the front door of the school (across the street from the Captain's house) and not clear across campus - having to pass dangerous construction and go up and down several flights of stairs. (The Captain was right – it would have been a security nightmare.)

In Oct 05 I get an e-mail from the Captain asking if I'm Sophia's sponsor. Suddenly he has some handy leverage for when Dr. Ohman comes down to quiet the waters. Before her second trip down I'm asked if I wish to renew for a year for SG's sake. Not willing to put a stamp of approval on what has transpired so far, (and believing the security clearance requirement would keep me there that long anyway), I decline. Apparently that was the wrong answer.

So this case where Gloria made the decision not to pay my RAT travel was the trigger event that began the unraveling. They didn't know I had attempted to file 06-1008 because it was sent back to me for corrections – and so was filed almost simultaneously with this case.

A week or so later SJA Abramson gets my wife fired from MWR (and let's not forget that his wife was terminated by DoDDS-E and he had gotten his wife a new job at MWR after failing in his attempt to use his influence to get his wife's job back from DoDDS-E). That prompted me to try my first TRO order but I found out you have to file a case first in Federal Court so the TRO morphed into case 06-1141. This case was supposed to prevent him from

filing an ERD deportation on my dependents – but he just switched it to a barment order to achieve the same end while avoiding a hearing and having to get my consent in the matter. So then I filed 06-1434 and that I guess is pretty much it in a nut shell.

### III. ARGUMENT

DoDEA doesn't control DoDDS-E as much as the theater commanders do. My claim to select venue is at least equal to defendants.

Virginia courts have been used by DoDDS-E to create a sense of fear among the non-unionized employees and my expectation of getting sliced and diced over there is reasonable and a result of DoDDS-E's actions, and so they shouldn't be permitted to select venue as a consequence.

The four cases I have filed are demonstrated to be so intertwined and interlocked that the question of both dismissal and venue must be taken together. Since case 06-1434 has not asked for a venue change then that part of the motion on these two cases requesting venue change must be rejected due to the inseparable nature of the four cases.

### IV. CONCLUSION

I've pretty much defined the outer perimeter of these four cases now. There are probably more details like: Mike's kid was a graduating senior and they probably fired him after school started so the kid could finish free. I'm not really saying that there are any truly bad people in any of these cases – but it's pretty certain that several bureaucrats have developed a penchant for

skipping the rules they find inconvenient and selectively applying rules that forward their shorter sighted agendas.

I really don't know if a venue change to Virginia is best for me or not. I'm simply reacting to a complete absence of any other known examples of success in this area, (presumably with the Virginia courts involved), combined with "if they want it and they are opposing me then it must not be in my interest".

The Fox/Neal order left me with a first impression that someone had actually read and understood the gist of my admittedly confused telling. So I will trust the court to do whatever is best for me and mine.

Date: January, 28 2007

/s/ Marvin E. Green