UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARVIN E. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1009 (RBW) |
| ) | |
| DOD DEPENDENT SCHOOLS-EUROPE, ) | |
| Defendant. ) | |

    In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 30th day of March, 2007

    **ORDERED** that the defendant's motion to dismiss is **GRANTED** pursuant to Federal Rules of Civil Procedure 12(b)(1) (lack of subject matter jurisdiction). It is further

    **ORDERED** that the defendant's motion to change venue is **DENIED** as moot. It is further

    **ORDERED** that the plaintiff's emergency motion for summary judgment lifting barment order is **DENIED** without prejudice.

    **SO ORDERED**.

                                                                        REGGIE B. WALTON
                                                                   United States District Judge